In the Matter of the Application of PETER McGOVERN, Respondent, v. VALENTINE F. DRZEWUCKI and Others, Appellants.— Same decision as in companion case (Matter of Scahill v. Drzewucki, ante, p. 530). (The alternative order of mandamus directs petitioner's restoration as mechanic's helper in city school system.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

EMILY JANE KRAMER, Respondent, v. LESTER F. REYNOLDS and Others, Defendants, and RICHARD MORGAN, Appellant.*— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

PETER L. KRAMER, Respondent, v. LESTER F. REYNOLDS and Others, Defendants, and RICHARD MORGAN, Appellant.*— Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

BEATRICE B. MAXSON, Respondent, v. ALBERT TOMEK, Defendant, and RICHARD MORGAN, Appellant.* — Judgment and order affirmed, with costs. All concur. (The judgment is for damages in an automobile negligence action. The order denies defendant's motion for a new trial on the minutes.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.